IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                         CRIMINAL NO.  4:07cr11TSL-LRA

JEREMY KEITH HOLCOMBE

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, JEREMY KEITH HOLCOMBE, without prejudice.

                                                DUNN LAMPTON
                                                United States Attorney

Date:  January 25, 2008                    s/ Jack B. Lacy, Jr.
                                      By:  JACK B. LACY, JR.
                                              Assistant United States Attorney
                                              Mississippi Bar No. 1757

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this   28th   day of   January  , 2008.

                                                /S/ Tom S. Lee
                                                UNITED STATES DISTRICT JUDGE